UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SWANSON, ET AL.

VERSUS

EAST BATON ROUGE
SHERIFF OFFICE, ET AL.

CIVIL ACTION

16-577-SDD-RLB

### RULING

The Court has carefully considered the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated December 27, 2017 to which no objection has been filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**Accordingly**, the Court declines the exercise of supplemental jurisdiction over any potential state law claims, and this action is dismissed, with prejudice, as legally frivolous and for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

Baton Rouge, Louisiana the 23 day of January, 2018.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 5.